

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00895-CR

Howard **POSTELLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1763
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED February 13, 2019.

Irene Rios, Justice